**Armando GONZALEZ OREGON, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–72522.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 19, 2006.

Walter Rafael Pineda, Esq., Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Richard M. Evans, Esq., David E. Dauenheimer, Gov., U.S. Department of Justice, Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Armando Gonzalez Oregon, a native and citizen of Mexico, petitions for review of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

the Board of Immigration Appeals' ("BIA") order affirming an immigration judge's ("IJ") decision denying his application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the BIA's discretionary denial of cancellation of removal for failure to satisfy the "exceptional and extremely unusual hardship" requirement. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003). Gonzales Oregon's contention that his due process rights were violated because the IJ ignored a doctor's letter concerning his son's medical condition is not supported by the record and therefore does not raise a colorable due process challenge. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001).

**PETITION FOR REVIEW DISMISSED.**

**Nery Saul FLORES LEON, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–72725.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 19, 2006.

Nery Saul Flores–Leon, Los Angeles, CA, pro se.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Linda S. Wernery, Esq., William C. Minick, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

We lack jurisdiction to review the IJ's discretionary denial of cancellation of removal for failure to satisfy the "exceptional and extremely unusual hardship" requirement. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003). We also lack jurisdiction to consider Flores Leon's contention that the IJ violated his due process and equal protection rights by failing to accord proper weight to the impact of his removal on his two U.S. citizen daughters. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir.2001) ("[A] petitioner may not create the jurisdiction

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).